IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERIMIAH L. VANCE, | ) | |
| Petitioner, | ) | 8:18CV367 |
| v. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Objection to Answer to Complaint (filing no. 13) is denied.

DATED this 7th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge