IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERIMIAH L. VANCE, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV367 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that:

(1) Petitioner's motion to appoint counsel (filing no. 16) is denied.

(2) Petitioner's motion to extend (filing no. 15) is granted. Petitioner shall file his response to Respondent's brief (filing no. 12) on or before February 1, 2019. No further extensions will be granted.

DATED this 18th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge